Magistrate Judge Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
at Tacoma

| | |
|---|---|
| KRISTA M. ELLIS, <br><br> Plaintiff, <br><br> v. <br><br> JO ANNE B. BARNHART, <br> Commissioner of Social <br> Security, <br><br> Defendant. | NO. C06-5125FDB <br><br> STIPULATION AND ORDER <br> TO EXTEND BRIEFING <br> SCHEDULE |

IT IS HEREBY STIPULATED AND AGREED by the undersigned Attorneys for the parties that briefing schedule shall be extended as follows:

Plaintiff's opening brief to be filed on or before July 31, 2006.

Defendant's answering brief to be filed on or before August 28, 2006.

Plaintiff's reply brief to be filed on or before September 12, 2006.

This stipulation is made to allow the parties additional

STIPULATION AND ORDER - 1

time within which to file pleadings, necessitated by unexpected circumstances.

DATED this 21st day of June, 2006.

_____        _____
DENNIS L. COMSTOCK, #7326                    BRIAN C. KIPNIS
Attorney for Plaintiff               Assistant United State Att.

SO ORDERED this 23rd day of June, 2006.

*/s/ J. Kelley Arnold*_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER – 2