UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KRISTA M. ELLIS,

   Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of the Social Security Administration,

   Defendant.

CASE NO. C06-5125 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING COMMISSIONER'S DECISION

  Magistrate Judge J. Kelly Arnold recommends that the Court should conclude that Krista Ellis was properly denied social security benefits because application of the proper legal standard and substantial evidence support the Administrative Law Judge's (ALJ) finding Plaintiff is not disabled. Plaintiff has not filed an objection to the Report and Recommendation.

  The Court, having reviewed Plaintiff's complaint, the Report and Recommendation, and the remaining record, does hereby find and ORDER:

  (1) The Court adopts the Report and Recommendation;

  (2) The administrative decision is AFFIRMED; and

  (3) The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge J. Kelley Arnold.

ORDER
Page - 1

1  DATED this 8th day of January, 2007.

<br>
<br>

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2